Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85065
Telephone (602) 277-3776
Fax (602) 277-4103

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 PROCEEDINGS |
| DONALD RAY GARCIA,SR. | ) | |
| MICHELLE ANN GARCIA | ) | CASE NO. B-11-08829-PHX |
| 15285 N. 143RD. AVE | ) | |
| | ) | CHAPTER 13 TRUSTEE'S REPORT |
| SURRISE, AZ 85379 | ) | OF ALLOWED CREDITOR CLAIMS |
| _____ | ) | |

Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice.  In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Harley-Davidson Credit<br>   Attn: Bankruptcy Department<br>   Palatine, IL  60055-5129 | 04/24/2011<br>P.O. Box 15129 | $9631.33 | 5.25% | Secured |
| Systems & Services Technologies, Inc.<br>   P.O. Box 3999<br>   Saint Joseph, MO  64503-3999 | 04/24/2011 | $18178.53 | 5.25% | Secured |
| Internal Revenue Services<br>   bankruptcy payments<br>   Philadelphia, PA  19101-7317 | 04/14/2011<br>P.O. Box 7317 | $2319.41 | 0% | Priority |
| Discover Financial Services<br>   Attn: Bankruptcy/Recovery Department<br>   New Albany, OH  43054- | 04/06/2011<br>P.O. Box 3025 | $11296.18 | 0% | Unsecured |
| Wells Fargo Card Services<br>   Recovery Department<br>   Des Moines, IA  50306- | 04/07/2011<br>P.O. Box 9210 | $3014.64 | 0% | Unsecured |
| GE Money Bank<br>   c/o B-Line, LLC<br>   Seattle, WA  98111-9221 | 04/12/2011<br>P.O. Box 91121   MS550 | $703.93 | 0% | Unsecured |
| First National Bank of Omaha<br>   1620 Dodge Street<br>   Omaha, NE  68197- | 04/19/2011<br>Stop Code 3105 | $9172.98 | 0% | Unsecured |
| Compass Bank<br>   P.O. Box 10566<br>   Birmingham, AL  35296- | 04/29/2011 | $14150.22 | 0% | Unsecured |
| ECMC<br>   Lockbox 8682<br>   St. Paul, MN  55175-0848 | 05/02/2011<br>P.O. Box 75848 | $3961.01 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>   Attn: Bankruptcy/Recovery<br>   Norfolk, VA  23541- | 05/04/2011<br>P.O. Box 12914 | $13145.13 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    Norfolk, VA  23541- | 05/04/2011<br>P.O. Box 12914 | $2956.54 | 0% | Unsecured |
| World's Foremost Bank<br>    P.O. Box 82609<br>    Lincoln, NE  68501-2609 | 07/01/2011 | $2240.04 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    Norfolk, VA  23541- | 07/19/2011<br>P.O. Box 12914 | $676.34 | 0% | Unsecured |
| GE Money Bank<br>    Attn: Bankruptcy/Recovery Department<br>    Orlando, FL  32896- | 07/27/2011<br>P.O. Box 960061 | $8073.90 | 0% | Unsecured |
| Ge Money Bank<br>    c/o Recovery Management Systems Corp.<br>    Miami, FL  33131-1605 | 08/04/2011<br>25 SE 2nd Avenue, Suite 1120 | $175.53 | 0% | Unsecured |
| World Financial Network National Bank<br>    Quantum3 Group LLC<br>    Kirkland, WA  98083-0788 | 08/04/2011<br>P.O. Box 788 | $289.41 | 0% | Unsecured |
| Bac Home Loans Servicing<br>    450 American Street<br>    Simi Valley, CA  93065- | | $0.00 | 0% | Secured |
| Royal Ranch HOA<br>    P.O. Box 64023<br>    Phoenix, AZ  85082- | | $0.00 | 0% | Secured |
| Wells Fargo Home Mortgage<br>    7255 Baymeadows<br>    Jacksonville, FL 32256- | | $0.00 | 0% | Secured |
| EM Lynch<br>    13402 N. Scottsdale Road<br>    Scottsdale, AZ  85254- | Building B-185, Suite 113 | $0.00 | 0% | Unsecured |
| HSBC Best Buy<br>    Attn: Bankruptcy Department<br>    Carol Stream, IL  60197- | P.O. Box 5263 | $0.00 | 0% | Unsecured |
| Sears / CBSD<br>    P.O. Box 6189<br>    Sioux Falls, SD  57117- | | $0.00 | 0% | Unsecured |
| KIRK A. GUINN, ESQ.<br>    3707 S. Southern Ave.<br>    Mesa, AZ  85206- | 04/01/2011<br>Suite #1070 | $2000.00 | 0% | Legal |
| KIRK A. GUINN, ESQ.<br>    3707 S. Southern Ave.<br>    Mesa, AZ  85206- | 04/01/2011<br>Suite #1070 | $2000.00 | 0% | Legal |

Edward J. Maney
P.O. Box 10434

Phoenix, Arizona 85016
Telephone (602) 277-3776  Fax (602) 277-4103
Email: office@maney13trustee.com